AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 3/3/22 |
| NAME OF SERVER (PRINT) Martrell Webb | TITLE ~~Process Server~~ |

Check one box below to indicate appropriate method of service

MP ☒ Served personally upon the defendant. Place where served: City Clerks office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served the city clerk Maria Socorro Flores at 3:20  44 E Downer, IL 60585

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/03/2022
/Date

Signature of Server

1171 e Wilson St, apt. 207, Batavia, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED
3/6/2022
AK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT